# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No. 2:22-cv-08058 SB (JEMx) |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Hon. Stanley Blumenfeld, Jr. |
| Defendant. | Complaint Filed: November 3, 2022 |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 16, 2023

Stanley Blumenfeld, Jr.
United States District Judge

Error! Unknown document property name..Error! Unknown document property name.